ENTERED
JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-9-14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON A. GREEN, | Case No. CV 14-0108-DSF (RNB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Denying Plaintiff's Rule 60(b) Motion and Accepting Findings and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4-7-14

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE