ENTERED
JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 11 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BYRON A. GREEN,                    )       Case No.  CV 14-0108-DSF (RNB)
                                   )
                Plaintiff,         )       **J U D G M E N T**
                                   )
    vs.                            )
                                   )
CAROLYN W. COLVIN, Acting          )
Commissioner of Social Security,   )
                                   )
                Defendant.         )
_____)

In accordance with the Order Denying (1) Plaintiff's Rule 60(b) Motion and (2) Plaintiff's Motion for Expedited Discovery, and Accepting Findings and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4/8/14

_Dale S. Fischer_
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED
CLERK, U.S. DISTRICT COURT

APR 11 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY